NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3045

TERRY L. KENNINGTON,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
DE315H090428-I-1.

ON MOTION

ORDER

The Department of the Treasury moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The Board should calculate its brief due date from the date of filing of this order.

FOR THE COURT

MAR 1 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Terry L. Kennington
       Austin M. Fulk, Esq.
       Mark Syska, Esq. (copy of petitioner's informal brief enclosed)

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK